WINTER, Respondent, v. DOWE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1898.) Action by Fred G. Winter against William H. Dowe and others. No opinion. Order continuing injunction affirmed, without costs, on condition that the plaintiff, within 10 days, pay to the defendants the sum of $1,000, admitted to be due by the complaint. In default of compliance with this condition, ordered reversed, with $10 costs and disbursements.

WYNKOOP—HALLENBECK—CRAWFORD CO., Respondent, v. ALBANY EVENING JOURNAL, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by the Wynkoop-Hallenbeck-Crawford Company against the Albany Evening Journal. M. T. Hun, for appellant. A. Crook, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNG, Appellant, v. OLMSTEAD et al., Respondents. (Supreme Court. Appellate Division, Third Department. January 5, 1898.) Action by Alberta Young against Whiting L. Olmstead and others. No opinion. Judgment of the county court affirmed, with costs.

ZIMMERMAN v. GERMAN EVANGELICAL LUTHERAN IMMANUEL CHURCH. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Jacob A. Zimmerman against the German Evangelical Lutheran Immanuel Church. No opinion. Motion denied, with $10 costs.